**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **BARRY P. EMMETT, #1383329,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **3:10-CV-0320-D** |
| | § | |
| **KAREN MITCHELL, et al.,** | § | |
| **Defendants.** | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct to the extent that they recommend dismissal for want of prosecution under Fed. R. Civ. P. 41(b). It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted to that extent, and this action is dismissed for want of prosecution by judgment filed today.

**SO ORDERED**.

April 29, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE